JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN H. ARAO, in his individual and representative capacity as trustee of the Arao Family Trust; LENA K. ARAO, in her individual and representative capacity as trustee of the Arao Family Trust; MICHAEL S. ARAO; MARY ROBERTA ENDO; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-09279-RGK-JPR<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 07, 2015                    _/s/ Gary Klausner_
                                        HONORABLE R. GARY KLAUSNER
                                        UNITED STATES DISTRICT COURT JUDGE